**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orlando Ismael MUNIZ, Defendant–
Appellant.**

**No. 13–12352
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 24, 2014.

Peggy Morris Ronca, Myrna Amelia Mesa, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Joseph Robert Johnson, Law Offices of Joseph R. Johnson, PA, Ocoee, FL, for Defendant–Appellant.

Orlando Ismael Muniz, Coleman, FL, pro se.

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Joseph R. Johnson, appointed counsel for Orlando Muniz, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Muniz's conviction and sentence are **AFFIRMED.**